NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACROW CORPORATION OF AMERICA,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**MABEY BRIDGE & SHORE, INC.,**
*Defendant-Appellee.*

---

2011-5035

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-682, Judge Christine O.C. Miller.

---

## ON MOTION

---

## O R D E R

Upon consideration of Acrow Corporation of America's motion to dismiss its appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

__JUL 2 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas A. Coulter, Esq.
David Z. Bodenheimer, Esq.
Lartease M. Tiffith, Esq.

s21

Issued As A Mandate:  __JUL 2 7 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 7 2011

JAN HORBALY
CLERK